United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-16894-MCR |
| Nicholas B. Arter, Sr. | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 28, 2025 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas B. Arter, Sr., 5990 Richmond Hwy, Apt. 002-1106, Alexandria, VA 22303-2745 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Dorothy Carol Sasser | dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Jessica F Dillon | jessica.dillon@usdoj.gov  Jazzmen.McClain@usdoj.gov,Noni.Hill@usdoj.gov,CaseView.ECF@usdoj.gov |
| Leonidas Koutsouftikis | lkouts@mckplaw.com  mcook@magruderpc.com |
| Robert Hockenbury | robert.hockenbury@wbd-us.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

District/off: 0416-0  User: admin  Page 2 of 2
Date Rcvd: Feb 28, 2025  Form ID: pdfparty  Total Noticed: 1
TOTAL: 6

Entered: February 28th, 2025
Signed: February 27th, 2025
**SO ORDERED**

The March 12, 2025 hearing on the motion is cancelled and has been removed from the Court's calendar. Note: This order has been modified from the version submitted by the Debtor.



_____
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Nicholas B Arter, Sr | ) | |
| | ) | No. 24-16894 |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |
| | ) | |
| Nicholas B Arter, Sr | ) | |
| | ) | |
| Movant | ) | |
| v. | ) | |
| | ) | |
| The Huntington National Bank | ) | |
| | ) | |
| Respondent | ) | |

_____

### ORDER GRANTING MOTION TO VALUE COLLATERAL AND TO AVOID SECURITY INTEREST

Having considered the debtor's Motion to Value Collateral [Dkt. No. 45] (the "Motion"), and no response being filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 506, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the value of the collateral securing respondent's claims is determined to be, for purposes of the Motion, $317,000; and it is further

ORDERED, that the respondent is determined to have, for purposes of the Motion and distributions under the debtor's plan, an allowed secured claim to the extent of $82,132.05 (i.e., the appraised value of $317,000 less the amount owed on the first lien of $234,867.95) and an allowed general unsecured claim for the balance owed to the respondent as set forth in Claim Nos. 4 and 5 filed in the United States Bankruptcy Court for the Eastern District of Virginia before the case was transferred to this Court; and it is further

ORDERED, that at such time as a discharge order is entered pursuant to 11 U.S.C. § 1328 or the debtor completes performance of the debtor's confirmed Chapter 13 Plan in this case, the lien held in favor of respondent on the debtor's interest in the property described as:

BEING KNOWN AND DESIGNATED AS LOT NUMBERED EIGHTY-THREE (83), IN THE SUBDIVISION KNOWN AS "THE VILLAS ON WATERS EDGE AT CEDAR COVE ON THE CHESAPEAKE", PER PLAT THEREOF RECORDED AMONG THE LAND RECORDS OF ST. MARY'S COUNTY, MARYLAND IN PLAT BOOK EWA41, FOLIO 65.
TAX ID#: 08-121141
BEING THE SAME PROPERTY CONVEYED BY DEED RECORDED IN BOOK 3174, PAGE 674 OF THE ST. MARY'S COUNTY, MARYLAND RECORDS.

is avoided to the extent of the respondent's unsecured claim; and it is further

ORDERED, that allowance of the claim of the respondent pursuant to this Order is without prejudice to objection to such claim on other grounds.

cc:    Debtor
        Debtor's Counsel
        Chapter 13 Trustee
        Huntington National Bank's Counsel

END OF ORDER