IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

**In re:**

Nicholas B Arter Sr,

**Debtor.**

Case Number: 24-16894
Chapter 13

### CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A, B, or C, and complete Sections 2 and 3 if applicable, even if Section 1.A. is selected.*

1. (Select A, B, or C):

    \_\_\_\_\_ A.  PLAN FILED WITH PETITION. This is an original plan, filed concurrently with the petition, which will be mailed by the Clerk of the Court to all creditors on the matrix. *[THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION.]*

    \_\_\_\_\_ B.  AMENDED PLANS ONLY INCREASING PAYMENTS: The amended Chapter 13 plan [filed herewith OR filed on _____, 20\_\_\_], makes no changes from the last previously-filed plan other than to increase the amount payable under the plan. In such event, no service is required. *[THIS OPTION MAY ONLY BE USED WHEN AN AMENDED PLAN IS FILED AND IT INCREASES THE AMOUNT PAYABLE UNDER THE PLAN BUT MAKES NO OTHER CHANGES.]*

    __x__ C.  ALL OTHER PLANS: This is to certify that on 3/11/2025 _____, 20\_\_\_, I caused

        (i) the Chapter 13 plan [filed herewith OR filed on _____, 20\_\_\_]; and

        (ii) if applicable, the Order Denying Confirmation with Leave to Amend dated 2/21/25, 20\_\_\_ [if (ii) is not applicable, place "N/A" in the blank];

    to be mailed by first class mail, postage prepaid, to all parties in interest on the attached matrix or list. (If any parties on the matrix were served by CM/ECF rather than mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing.)

2. *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the plan.*

    \_\_\_\_ I caused the Chapter 13 plan [filed herewith OR filed on _____, 20_____] to be served pursuant to Federal Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the plan (and not by separate motion) under plan paragraph 5.1 or 5.3.  State address served and method of service.   See Bankruptcy Rule 7004(h) if the party served is an insured depository institution.   Attach separate sheets or repeat this paragraph for each such creditor served.

    Name of Creditor: _____
Person Served:

Title/Position:
Address: _____
                     _____

City, State Zip: _____
Method of Service: _____
Date Served: _____

Select A or B for the above-named creditor:

    \_\_\_\_ A.  A proof of claim has been filed with respect to the lien or claim at issue prior to service of the plan.  I also mailed a copy of the plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

    \_\_\_\_ B.  No proof of claim has been filed for the lien or claim at issue.

3. \_\_\_\_ Along with each copy of the plan served under Section 2, I included copies of documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the plan. ***This supplemental material need not be served with the plan on all creditors, but it must be served on the affected secured creditors.***

    \_\_\_\_ This is an amended plan and the documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry _____.

I hereby certify that the foregoing is true and correct.

Dated: 3/11/2025               /s/ Daniel M Press
                               Debtor, Debtor's Attorney, or
                               Other Person Effecting Service

```
Label Matrix for local noticing        First Home Mortgage                    SVF Alexandria Commons, LLC
0416-0                                 14841 Dallas Parkway, Suite 350        c/o Leon Koutsouftikis, Esq
Case 24-16894                          Dallas, TX 75254-7685                  1889 Preston White Drive, Suite 200
District of Maryland                                                          Reston, VA 20191-4368
Greenbelt                                                                       By CM/ECF lkouts@mckplaw.com
Tue Mar 11 12:56:14 EDT 2025

Bitty Advance 2 LLC                    Cintas                                 (p)COMPTROLLER OF MARYLAND
1855 Griffin Rd A-474                  6800 Cintas Blvd                       BANKRUPTCY UNIT
Dania, FL 33004-2241                   Mason, OH 45040-9151                   7 ST PAUL STREET SUITE 230
                                                                              BALTIMORE MD 21202-1626


Department of the Treasury             First Home Mortgage                    First Home Mortgage Corp
Internal Revenue Service               PO Box 4638                            6211 Greenleigh Ave Ste 300
P.O. Box 7346                          Englewood, Colorado 80155-4638         Baltimore, MD 21220-2075
Philadelphia, PA 19101-7346
   And by CM/ECF jessica.dillon@usdoj.gov,

First Home Mortgage Corporation        (p)HEADWAY CAPITAL                     Huntington National Bank
c/o D. Carol Sasser                    175 W JACKSON BLVD SUITE 1000          PO Box 341470 - GW1W31
448 Viking Drive, Suite 350            CHICAGO IL 60604-2863                  Columbus, OH 43234-1470
Virginia Beach, VA 23452-7397
   By CM/ECF dsasser@siwpc.com

Magruder Cook Koutsouftikis & Palanzi  Navy Federal                           Navy Federal Credit Union
1889 Preston White Dr STE 200,         PO Box 3000                            P.O BOX 3000
Reston, VA 20191-4368                  Merrifield, VA 22119-3000              MERRIFIELD, VA 22119-3000
   By CM/ECF lkouts@mckplaw.com           Duplicate

Prince George's County, Maryland       RAB Inc                                Rappaport
Office of Finance                      PO Box 2209                            8405 Greensboro Dr,
1301 McCormick Drive, Ste. 1100        Addison, TX 75001-2209                 McLean, VA 22102-5121
Largo, MD 20774-5416


Robert L. Hockenbury, Esquire          SVF Alexandria Commons, LLC            SVF Alexandria Commons, LLC
WOMBLE BOND DICKINSON (US) LLP         c/o Leon Koutsouftikis, Esq.           c/o Magruder Cook Koutsouftikis & Palanz
100 Light Street, 26th Floor           Magruder Cook Koutsouftikis & Palanzi  1889 Preston White Dr., Suite 200
Baltimore, MD 21202-1153               1889 Preston White Drive, Suite 200    Reston, VA 20191-4368
   By CM/ECF                           Reston, VA 20191-4368                    By CM/ECF lkouts@mckplaw.com
   robert.hockenbury@wbd-us.com           By CM/ECF lkouts@mckplaw.com

State of Maryland DLLR                 The Huntington National Bank           Va Dept of Taxation
Division of Unemployment Insurance     Womble Bond Dickinson                  PO Box 1115
1100 N. Eutaw Street, Room 401         c/o Robert Hockenbury                  Richmond, VA 23218-1115
Baltimore, MD 21201-2226               100 Light Street, 26th Floor
                                       Baltimore, MD 21202-1153
                                          By CM/ECF robert.hockenbury@wbd-us.com

Daniel M. Press                        Nicholas B. Arter Sr.                  ~~Thomas P. Gorman~~
Chung & Press, P .C.                   5990 Richmond Hwy                      ~~1414 Prince St.~~
6718 Whittier Ave., Ste. 200           Apt. 002-1106                          ~~Ste 202~~
McLean, VA 22101-4531                  Alexandria, VA 22303-2745              ~~Alexandria, VA 22314-2853~~


Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046-3002
   By CM/ECF cmecf@chapter13maryland.com
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of Maryland<br>7 St Paul St<br>Baltimore, MD 21202 | Headway Capital<br>175 W Jackson Blvd Suite 1000,<br>Chicago, IL 60604 | (d)Office of the Comptroller of Maryland<br>Bankruptcy Unit<br>7 St. Paul Street, Suite 230<br>Baltimore, MD 21202 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)First Home Mortgage Corporation | (u)IRS | (u)The Huntington National Bank |

End of Label Matrix
Mailable recipients    27
Bypassed recipients     3
Total                  30