IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | Case No. 24-16894-MCR |
| Nicholas B. Arter, Sr., | Chapter 13 |
| Debtor. | |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE CLERK OF THE COURT:

Please withdraw the Objection to Confirmation of Chapter 13 Plan filed by the Internal Revenue Service on February 12, 2025, ECF No. 48.

Dated: March 11, 2025

                                              Respectfully submitted,

                                              Kelly O. Hayes
                                              United States Attorney

                     By:     */s/ Jessica Dillon*
                                              Jessica F.W. Dillon (Bar No. 19249)
                                              Assistant United States Attorney
                                              36 S. Charles St., 4th Floor
                                              Baltimore, Maryland 21201
                                              (410) 209-4800
                                              Jessica.Dillon@usdoj.gov

                                              *Counsel for the IRS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Withdrawal of Objection to Confirmation of Chapter 13 Plan* will be served electronically by the Court's CM/ECF system on the following:

- Timothy P. Branigan  cmecf@chapter13maryland.com
- Robert Hockenbury  robert.hockenbury@wbd-us.com
- Leonidas Koutsouftikis  lkouts@mckplaw.com
- Daniel M. Press  dpress@chung-press.com
- Dorothy Carol Sasser  dsasser@siwpc.com

I hereby further certify that on March 11, 2025, a copy of the foregoing was also mailed first class mail, postage prepaid, to:

First Home Mortgage
14841 Dallas Parkway, Suite 350
Dallas, TX 75254

Thomas P. Gorman
1414 Prince St., Ste 202
Alexandria, VA 22314

    /s/ *Jessica Dillon*
    Assistant United States Attorney