**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT)**

| | | |
|---|---|---|
| **In re:** | * | |
| **Nicholas B. Arter, Sr.,** | * | **Case No.:  24-16894 MCR** |
| Debtor. | * | **Chapter 13** |
| *   *   *   *   *   * | * | |
| **The Huntington National Bank,** | * | |
|  | * | |
| Movant, | * | |
| v. | * | |
| **Nicholas B. Arter, Sr.,** | * | |
| Respondent. | * | |
|  | * | |
| *   *   *   *   *   *   * | *   *   *   *   *   * | |

**AMENDED NOTICE OF HEARING ON THE HUNTINGTON
NATIONAL BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This Amended Notice serves to advise the parties that the haring on Huntington National Bank's Motion for Relief from the Automatic stay as to Real Property Known as 48369 Sunburst Drive, Lexington Park, Maryland and for Waiver of Bankruptcy Rule 4001(a)(3) Stay is **CONTINUED to April 24, 2025**, at 10:00 a.m. in Courtroom 3-C, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.  No other changes, including the response deadline, are hereby made.

The Huntington National Bank has filed papers (the "Motion") with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to repossess trucks as more particularly described in the Motion.

A copy of the Motion is attached.

Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer.  (If you do not have a lawyer, you may wish to consult one.)

1

If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the Motion, then by November 25, 2024 (parties served by mail may add three (3) additional days to the response deadline) you or your lawyer must file with the Clerk of the Bankruptcy Court a written response to the Motion explaining your position and mail a copy of the response to:

>Womble Bond Dickinson (US) LLP
>c/o Robert Hockenbury
>100 Light Street, 26th Floor
>Baltimore, MD 21202

If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

If you file a timely response to the Motion, the hearing on the Motion will take place on April 24, 2025, at 10:00 a.m., in Courtroom 3-C, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

If you or your lawyer do not file and serve a timely response to the Motion, the court may find that you do not oppose the relief sought in the Motion and may grant or otherwise dispose of the Motion before the scheduled hearing date.

Dated: March 12, 2025  **WOMBLE BOND DICKINSON (US) LLP**
Baltimore, Maryland

*/s/ Robert L. Hockenbury*
Robert L. Hockenbury (Bar No. 21833)
100 Light Street, 26th Floor
Baltimore, MD 21202
Phone: (410) 545-5855
Facsimile: (410) 545-5801
E-mail: robert.hockenbury@wbd-us.com

– AND –

James S. Livermon, III
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Phone: (919) 755-2148
Facsimile: (919) 755-2150
E-Mail: charlie.livermon@wbd-us.com

*Attorneys for The Huntington National Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of foregoing *Amended Notice of Hearing on The Huntington National Bank's Motion for Relief from the Automatic Stay* was served electronically by the Court's CM/ECF system on the following:

    Daniel M. Press, Esq, at dpress@chung-press.com.com
    Timothy P. Branigan, Chapter 13 Trustee, at cmecf@chapter13maryland.com

I hereby further certify that on March 12, 2025, a copy of the foregoing *Amended Notice of Hearing on The Huntington National Bank's Motion for Relief from the Automatic Stay* was also mailed first class mail, postage prepaid to:

    Nicholas B. Arter, Sr.
    5990 Richmond Hwy.
    Apt. 002-1106
    Alexandria, VA 22303

    First Home Mortgage
    PO Box 4638
    Englewood, CO 80155

                                                 */s/ Robert L. Hockenbury*
                                                 Robert L. Hockenbury (Bar No. 21833)