IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re ) | | |
| ) | | |
| Nicholas B Arter, Sr ) | | |
| ) | No. 24-16894 | |
| Debtor. ) | Chapter 13 | |
| ) | | |

ADEQUATE PROTECTION AFFIDAVIT

Debtor hereby certifies under penalty of perjury that the following statements are true and correct:

1.  The Debtor's Chapter 13 Plan provides for direct payments to creditor **Huntington National Bank**, of post-petition, pre-confirmation adequate protection payments on its secured claim in the amount of $1805 per month starting October 2024.

2.  The Debtor has made all such preconfirmation payments since October 2024, as follows:

    October 2024 – March 2025 (6 payments), $1805 each, total $10,830.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/11/2025          /s/ Nicholas B. Arter Sr
                                Debtor's Signature

**PLEASE TAKE NOTICE THAT Objections to the accuracy of this affidavit must be filed no later than seven (7) days after the filing and service of the affidavit. Unless a timely objection to the affidavit is filed, the Court may presume the information in the affidavit is accurate.**

**CERTIFICATE OF SERVICE**

I certify that on the 17th day of March, 2025, copies of the foregoing Affidavit were served upon the creditor set forth below, by first class mail, postage prepaid, addressed to:

Robert L. Hockenbury, Esquire
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202-1153

By Certified Mail to:

President
Huntington National Bank
17 S High St
Columbus, OH 43215

and by CM/ECF on the Chapter 13 Trustee and all parties requesting such notice:

Timothy P. Branigan cmecf@chapter13maryland.com

Jessica F Dillon jessica.dillon@usdoj.gov,
Jazzmen.McClain@usdoj.gov,
Noni.Hill@usdoj.gov,
CaseView.ECF@usdoj.gov

Robert Hockenbury robert.hockenbury@wbd-us.com

Leonidas Koutsouftikis lkouts@mckplaw.com,
mcook@magruderpc.com

Dorothy Carol Sasser dsasser@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

              __/s/Daniel M. Press_____
              Daniel M. Press
              CHUNG & PRESS, P.C.
              6718 Whittier Avenue, Suite 200
              McLean, Virginia 22101
              dpress@chung-press.com
              (703) 734-3800