IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

**In re:**

Nicholas B Arter, Sr.,

**Debtor.**

Case Number: 24-16894
Chapter 13

## PRE-CONFIRMATION CERTIFICATION

The debtor hereby certifies under penalty of perjury that the following statements are true and correct:

1. The debtor has paid any fee, charge, or other amount required under 28 U.S.C. § 1930 or by the plan (i.e., adequate protection payments) to be paid before confirmation.

2. The debtor has paid all amounts that are required under a domestic support obligation and that first became payable after the date of the filing of the petition, if applicable.

3. The debtor has filed all applicable federal, state, and local tax returns with the appropriate taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

The debtor affirms that the plan is proposed in accordance with 11 U.S.C. § 1325 and requests said plan be confirmed.

DATE: 3/11/2025

/s/ Nicholas B Arter, Sr
(Signature of Debtor)
Debtor's Name: Nicholas B. Arter Sr.
Telephone Number (if not represented by an attorney)
Email Address (if not represented by an attorney)

DATE: _____

_____
(Signature of Joint Debtor)
Joint Debtor's Name
Telephone Number (if not represented by an attorney)
Email Address (if not represented by an attorney)

LBF-O v.2024

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of March, 2025, I caused the foregoing Pre-Confirmation Certification to be served by CM/ECF upon:

Timothy P. Branigan cmecf@chapter13maryland.com

Jessica F Dillon jessica.dillon@usdoj.gov,
Jazzmen.McClain@usdoj.gov,
Noni.Hill@usdoj.gov,
CaseView.ECF@usdoj.gov

Robert Hockenbury robert.hockenbury@wbd-us.com

Leonidas Koutsouftikis lkouts@mckplaw.com,
mcook@magruderpc.com

Dorothy Carol Sasser dsasser@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

                                                                           /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com