IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT)

| | | |
|---|---|---|
| In re: | * | |
| **Nicholas B. Arter, Sr.,** | * | Case No.: 24-16894 MCR |
| Debtor. | * | Chapter 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## WITHDRAW OF THE HUNTINGTON NATIONAL BANK'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Huntington National Bank ("Huntington"), by its undersigned counsel, hereby withdraws *The Huntington National Bank's Objection to Confirmation of Chapter 13 Plan* [ECF 19].

Dated: April 14, 2025  
Baltimore, Maryland

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Robert L. Hockenbury*  
Robert L. Hockenbury (Bar No. 21833)  
100 Light Street, 26th Floor  
Baltimore, MD 21202  
Phone: (410) 545-5855  
Facsimile: (410) 545-5801  
E-mail: robert.hockenbury@wbd-us.com

– AND –

James S. Livermon, III  
555 Fayetteville Street, Suite 1100  
Raleigh, NC 27601  
Phone: (919) 755-2148  
Facsimile: (919) 755-2150  
E-Mail: charlie.livermon@wbd-us.com

*Attorneys for The Huntington National Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of foregoing *Withdraw of the Huntington National Bank's Objection to Confirmation of Chapter 13 Plan* was served electronically by the Court's CM/ECF system on the following:

    Daniel M. Press, Esq, at dpress@chung-press.com.com
    Timothy P. Branigan, Chapter 13 Trustee, at cmecf@chapter13maryland.com

I hereby further certify that on April 14, 2025, a copy of the foregoing *Withdraw of the Huntington National Bank's Objection to Confirmation of Chapter 13 Plan* was also mailed first class mail, postage prepaid to:

    Nicholas B. Arter, Sr.
    5990 Richmond Hwy.
    Apt. 002-1106
    Alexandria, VA 22303

    First Home Mortgage
    PO Box 4638
    Englewood, CO 80155

    */s/ Robert L. Hockenbury*
    Robert L. Hockenbury (Bar No. 21833)