**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(GREENBELT)**

| | | |
|---|---|---|
| **In re:** | * | |
| **Nicholas B. Arter, Sr.,** | * | **Case No.: 24-16894 MCR** |
| Debtor. | * | **Chapter 13** |
| * * * * * * * | | |
| **The Huntington National Bank,** | * | |
| | * | |
| Movant, | * | |
| v. | * | |
| **Nicholas B. Arter, Sr.,** | * | |
| Respondent. | * | |
| | * | |
| * * * * * * * * * * * * * | | |

**WITHDRAW OF THE HUNTINGTON NATIONAL BANK'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY [ECF 38]**

The Huntington National Bank, by and through its undersigned counsel, hereby withdraws *The Huntington National Bank's Motion for Relief from the Automatic Stay as to Real Property Known as 48369 Sunburst Drive, Lexington Park, Maryland and for Waiver of Bankruptcy Rule 4001(a)(3) Stay* [ECF 38] (the "Motion") and reserves all rights including, but not limited to, the right to refile the Motion.

[SIGNATURE ON FOLLOWING PAGE]

1

Dated: April 22, 2025　　　　**WOMBLE BOND DICKINSON (US) LLP**
Baltimore, Maryland

　　　　　　　　　　　　　　　　*/s/ Robert L. Hockenbury*
　　　　　　　　　　　　　　　　Robert L. Hockenbury (Bar No. 21833)
　　　　　　　　　　　　　　　　100 Light Street, 26th Floor
　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　Phone:  (410) 545-5855
　　　　　　　　　　　　　　　　Facsimile:  (410) 545-5801
　　　　　　　　　　　　　　　　E-mail: robert.hockenbury@wbd-us.com

　　　　　　　　　　　　　　　　– AND –

　　　　　　　　　　　　　　　　James S. Livermon, III
　　　　　　　　　　　　　　　　555 Fayetteville Street, Suite 1100
　　　　　　　　　　　　　　　　Raleigh, NC 27601
　　　　　　　　　　　　　　　　Phone:  (919) 755-2148
　　　　　　　　　　　　　　　　Facsimile:  (919) 755-2150
　　　　　　　　　　　　　　　　E-Mail: charlie.livermon@wbd-us.com

　　　　　　　　　　　　　　　　*Attorneys for The Huntington National Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of foregoing *Withdraw of the Huntington National Bank's Motion for Relief from the Automatic Stay [ECF 38]* was served electronically by the Court's CM/ECF system on the following:

    Daniel M. Press, Esq, at dpress@chung-press.com.com
    Timothy P. Branigan, Chapter 13 Trustee, at cmecf@chapter13maryland.com

I hereby further certify that on April 22, 2025, a copy of the foregoing *Withdraw of the Huntington National Bank's Motion for Relief from the Automatic Stay [ECF 38]* was also mailed first class mail, postage prepaid to:

    Nicholas B. Arter, Sr.
    5990 Richmond Hwy.
    Apt. 002-1106
    Alexandria, VA 22303

    First Home Mortgage
    PO Box 4638
    Englewood, CO 80155

    */s/ Robert L. Hockenbury*
    Robert L. Hockenbury (Bar No. 21833)