**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT)**

| | | |
|---|---|---|
| In re: | * | |
| **Nicholas B. Arter, Sr.,** | * | **Case No.:  24-16894 MCR** |
| Debtor. | * | **Chapter 13** |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that the undersigned appears before the Court on behalf of The Huntington National Bank, a creditor and party-in-interest in the above-captioned case, and requests that it be placed on all general, special, and limited mailing matrices in this case, and that pursuant to 11 U.S.C. §§ 102(1) & 342 and Bankruptcy Rules 2002, 3015, 9007, & 9010, all notices be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned counsel for The Huntington National Bank at the addresses set forth below:

> Joel L. Perrell, Esquire
> WOMBLE BOND DICKINSON (US) LLP
> 100 Light Street, 26th Floor
> Baltimore, MD 21202
> Telephone:  (410) 545-5854
> Facsimile:  (410) 545-5801
> E-Mail:  joel.perrell@wbd-us.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, order, petition, request, complaint, or hearing dates, whether formal or informal, written or oral, and whether transmitted by mail, hand delivery, telecopy, electronically, or otherwise, which affects the debtor or property of the debtor.

1

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive the rights of The Huntington National Bank: (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) to trial by jury in any proceedings so triable herein or in any cause, controversy, or proceeding related to these cases; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled, at law or in equity, all of which are expressly reserved; (v) to any election of remedy; or (vi) to any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice.

Dated: April 29, 2025  **WOMBLE BOND DICKINSON (US) LLP**
Baltimore, Maryland

> */s/ Joel L. Perrell*
> Joel L. Perrell, Jr. (Bar No. 25550)
> E-mail: joel.perrell@wbd-us.com
> Robert L. Hockenbury (Bar No. 21833)
> E-mail: robert.hockenbury@wbd-us.com
> 100 Light Street, 26th Floor
> Baltimore, MD 21202
> Phone: (410) 545-5854
> Facsimile: (410) 545-5801
>
> – AND –
>
> James S. Livermon, III
> 555 Fayetteville Street, Suite 1100
> Raleigh, NC 27601
> Phone: (919) 755-2148
> Facsimile: (919) 755-2150
> E-Mail: charlie.livermon@wbd-us.com
>
> *Attorneys for The Huntington National Bank*