## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## (GREENBELT)

| | | |
|---|---|---|
| In re: | * | |
| **Nicholas B. Arter, Sr.,** | * | Case No.: 24-16894 MCR |
| Debtor. | * | Chapter 13 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### SUBSTITUTION OF COUNSEL

Robert L. Hockenbury, Esq., hereby pursuant to Local Bankruptcy Rule 9010-4(b)(1) hereby provides notice of his withdraw of representation of The Huntington National Bank ("Huntington") in the above-captioned case and that Joel L. Perrell, Jr., Esq. has entered his appearance and shall continue representation of Huntington.

Dated: April 29, 2025　　　**WOMBLE BOND DICKINSON (US) LLP**
Baltimore, Maryland

　　　　　　　　　　　　　　　　　*/s/ Joel L. Perrell*
　　　　　　　　　　　　　　　　　Joel L. Perrell, Jr. (Bar No. 25550)
　　　　　　　　　　　　　　　　　E-mail: joel.perrell@wbd-us.com
　　　　　　　　　　　　　　　　　Robert L. Hockenbury (Bar No. 21833)
　　　　　　　　　　　　　　　　　E-mail: robert.hockenbury@wbd-us.com
　　　　　　　　　　　　　　　　　100 Light Street, 26th Floor
　　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　　Phone: (410) 545-5854
　　　　　　　　　　　　　　　　　Facsimile: (410) 545-5801

　　　　　　　　　　　　　　　　　– AND –

　　　　　　　　　　　　　　　　　James S. Livermon, III
　　　　　　　　　　　　　　　　　555 Fayetteville Street, Suite 1100
　　　　　　　　　　　　　　　　　Raleigh, NC 27601
　　　　　　　　　　　　　　　　　Phone: (919) 755-2148
　　　　　　　　　　　　　　　　　Facsimile: (919) 755-2150
　　　　　　　　　　　　　　　　　E-Mail: charlie.livermon@wbd-us.com

　　　　　　　　　　　　　　　　　*Attorneys for The Huntington National Bank*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of foregoing *Substitution of Counsel* and *Notice of Entry Appearance* for Joel L. Perrell, Jr., Esq., will be served electronically by the Court's CM/ECF system on the following:

    Daniel M. Press, Esq, at dpress@chung-press.com.com
    Timothy P. Branigan, Chapter 13 Trustee, at cmecf@chapter13maryland.com

I hereby further certify that on April 29, 2025, a copy of the foregoing *Substitution of Counsel* and *Notice of Entry of Appearance* for Joel L. Perrell, Jr., Esq. were also mailed first class mail, postage prepaid to:

    Nicholas B. Arter, Sr.
    5990 Richmond Hwy.
    Apt. 002-1106
    Alexandria, VA 22303

    First Home Mortgage
    PO Box 4638
    Englewood, CO 80155

    */s/ Robert L. Hockenbury*
    Robert L. Hockenbury (Bar No. 21833)