**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

In re                                               )
                                                    )
Nicholas B Arter, Sr                                )
                                                    )       No. 24-16894
            Debtor.                                 )       Chapter 13
_____                 )


**NOTICE OF CHANGE OF DEBTOR'S ADDRESS**

PLEASE TAKE NOTICE that the Debtor's new address is:

4175 N Falcon Dr
Apt 3066
Goodyear, AZ 85395

        Dated: December 17, 2025


                                        Respectfully submitted,

                                         /s/ Daniel M. Press
                                        Daniel M. Press, #07300
                                        Chung & Press, P.C.
                                        6718 Whittier Ave., Suite 200
                                        McLean, VA 22101
                                        (703) 734-3800
                                        (703) 734-0590 fax
                                        dpress@chung-press.com

## **CERTIFICATE OF SERVICE**

       This is to certify that on this 17th day of December, 2025, I caused the foregoing notice to be served by CM/ECF on:

Timothy P. Branigan cmecf@chapter13maryland.com

Jessica F Dillon jessica.dillon@usdoj.gov,
CaseView.ECF@usdoj.gov,
alysa.krause@usdoj.gov

Leonidas Koutsouftikis lkouts@mckplaw.com,
mcook@magruderpc.com

Joel L Perrell joel.perrell@wbd-us.com

Dorothy Carol Sasser dsasser@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

                                        /s/ Daniel M. Press_____