**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
Greenbelt Division

| | |
|---|---|
| In re | ) |
| | ) |
| Nicholas B Arter, Sr | ) |
| | )    No. 24-16894 |
| Debtor. | )    Chapter 13 |
| | ) |

### NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

        Dated: August 14, 2026.

          /s/ Daniel M. Press_____
        Daniel M. Press, #07300
        Law Offices of Daniel M. Press
        201 Washington St.
        Cumberland MD 21502
        (703) 725-7600
        dan@danpress.us

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 13 Trustee, and all parties requesting notice by CM/ECF, as follows:

Timothy P. Branigan cmecf@chapter13maryland.com

Jessica F Dillon jessica.dillon@usdoj.gov,
CaseView.ECF@usdoj.gov,
alysa.krause@usdoj.gov

Leonidas Koutsouftikis lkouts@mckplaw.com,
mcook@magruderpc.com

Joel L Perrell joel.perrell@wbd-us.com

Dorothy Carol Sasser dsasser@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

      /s/ Daniel M. Press_____
      Daniel M. Press